# SUCESION DE MARIA DIAZ Y SIACA

### v.

# JOSÉ AVALO SANCHEZ

San · Juan, Equity, No. 645.

Where a suit in equity is pending to cancel the registry of certain deeds that are alleged to cast a cloud upon complainants' title to land which has been recovered in ejectment by respondent, it is proper for the court to order the issue raised by a demurrer to the bill to remain in abeyance until the suit at law involving the title to the same land between the same parties has been passed upon by the Supreme Court of the United States, in which the case is pending on writ of error.

Memorandum filed February 12, 1910.

*Messrs. Chas. Hartzell, J. A. Poventud, José Guzman Benitez, and H. Belaval,* attorneys for complainants.

*Mr. Henry F. Hord,* attorney for defendant.

Diaz y Siaca v. Sanchez.

RODEY, Judge, filed the following memorandum:

This cause is before us on a demurrer to the bill of complaint. The bill seeks to have certain alleged deeds that are registered in favor of the respondent canceled, as being a cloud upon complainants' title to a certain tract of land situated near Fajardo on this island.

The suit is but another phase of the land controversy between these parties that has existed for some seventeen years. The land is the same that is involved in suit No. 480 [post, —], between practically the same parties, and which went to verdict and judgment after two trials, in favor of the plaintiff in that suit,—the respondent in this suit,—in December, 1909.

The suit at law last above mentioned will probably be taken to the Supreme Court of the United States, and hence it would be inexpedient to pass upon any of the issues in this equity suit, pending the decision of the suit at law in the higher tribunal.

Therefore, in case a writ of error is filed in said suit 480, an order will be entered that this suit in equity shall remain in abeyance, without prejudice to either party, pending the decision in said suit at law in the Honorable the Supreme Court of the United States.